IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMANDA YANOVITCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELECTROLUX CONSUMER PRODUCTS, INC.,<br><br>Defendant. | C.A. No.: 1:25-cv-01474-GBW |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Amanda Yanovitch hereby dismisses, with prejudice, all claims against Defendant Electrolux Consumer Products, Inc. in the above-captioned case, on grounds that the parties have entered into an agreement for the settlement of this matter.

The parties respectfully request that this action be dismissed with prejudice, with the parties to pay their own respective attorneys' fees and costs incurred in connection with this action.

Dated: August 3, 2026

Respectfully submitted,

*/s/ P. Bradford deLeeuw*
**DELEEUW LAW LLC**
P. Bradford deLeeuw (DE Bar No. 3569)
1301 Walnut Green Road
Wilmington, Delaware 19807
T: (302) 274-2180
brad@deleeuwlaw.com

**MIGLIACCIO & RATHOD LLP**
Nicholas A. Migliaccio
Jason S. Rathod
412 H St. NE, Suite 302
Washington D.C. 20002
T: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

**SCOTT HIRSCH LAW GROUP, PLLC**
Scott D. Hirsch
6810 N. St. Road 7
Coconut Creek, FL 33073
T: (561) 569-6283
scott@scotthirschlawgroup.com

*-and-*

**GUSTAFSON GLUEK PLLC**
Daniel E. Gustafson
David A. Goodwin
120 South 6th Street, Suite 2600
Minneapolis, Minnesota 55402
T: (612) 333-8844
dgustafson@gustafsongluek.com
dgoodwin@gustafsongluek.com

**COUNSEL FOR PLAINTIFF**

*/s/ Chad S.C. Stover*
**BARNES & THORNBURG LLP**
Chad S.C. Stover (No. 4919)
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801 302.300.3474
chad.stover@btlaw.com

*-and-*

**WHEELER TRIGG O'DONNELL LLP**
Juan S. Ramirez*
Galen D. Bellamy*
Iva Velickovic*
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647 303.244.1800
ramirez@wtotrial.com
bellamy@wtotrial.com
velickovic@wtotrial.com
**COUNSEL FOR ELECTROLUX CONSUMER PRODUCTS, INC.**

SO ORDERED this 5th day of August 2026.

G.F.Wms.

G.F.Wms.
United States District Judge